IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00582-RJC-DSC

| | |
|---|---|
| **BRENDA K. GREEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **CAROLYN W. COLVIN,** | ) |
| | ) |
| **Defendant.** | ) |

**THIS MATTER** is before the Court <u>sua sponte</u> following the Court of Appeals' decision in <u>Mascio v. Colvin</u>, 2015 WL 1219530 (4th Cir. March 18, 2015).

Plaintiff is <u>granted leave</u> to file a supplemental brief on or before May 26, 2015, limited to addressing the potential impact of the Fourth Circuit's decision in <u>Mascio</u> on his appeal.

In the event Plaintiff files a supplemental brief, Defendant is <u>granted leave</u> to file a supplemental brief on or before June 9, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: May 11, 2015

David S. Cayer
United States Magistrate Judge